UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GEORGE WYATT                                    CIVIL ACTION NO. 18-cv-0908

VERSUS                                          JUDGE FOOTE

UNNAMED DEFENDANT                               MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

George Wyatt is an inmate housed in a Texas prison. He submitted two pages of paper with scrawling and legal jargon that have been accepted for now as a complaint. The complaint is largely indecipherable but makes reference to a lien, Donald Trump, Greg Abbott, a credit union, and false arrest. Plaintiff has not paid the $400 filing fee or filed a motion to proceed in forma pauperis.

Plaintiff is not eligible for pauper status. Under the three-strikes rule of 28 U.S.C. § 1915(g), a prisoner may not bring a civil action as a pauper if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Plaintiff has filed in the past more than three civil actions that have been dismissed as frivolous, malicious, or for failure to state a claim. Several such dismissals were collected in an order of dismissal issued by Judge Hanks in George Wyatt v. State of Texas, 3:18-cv-41, Doc. 18 (S.D. Tex. 3/21/18). Plaintiff has also filed three civil actions in this

court in 2018, all of which were dismissed. He filed four suits in this court in 2004, all of which were also dismissed or transferred to an appropriate venue.

The facts alleged in Plaintiff's complaint do not suggest that he is in imminent danger of serious physical injury related to the claims he asserts, so Plaintiff's three-strike history makes him ineligible to proceed as a pauper. Plaintiff is obligated to pay the $400 filing fee if he wishes to pursue this civil action. He will be allowed until **August 8, 2018** to pay the $400 filing fee in full. If he fails to do so, his complaint will be subject to being stricken or dismissed without further notice.

Judge Fitzwater issued an order in <u>Wyatt v. Valero Service Stations</u>, 15-CV-3281, Doc. 75 (N.D. Tex. 8/11/16) that found Plaintiff had "continued to abuse the judicial process" despite a warning that he stop filing frivolous pleadings. Plaintiff was prohibited from filing in the Northern District of Texas without advance permission from a judge. Plaintiff is warned to avoid filing frivolous complaints or pleadings with this court, or he will be subjected to a similar sanction and have his filings require advance judicial permission even if he pays the filing fee.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 18th day of July, 2018.

Mark L. Hornsby
U.S. Magistrate Judge